## WESTERN UNION TELEGRAPH COMPANY v. THOMPSON.

No. 1362. Opinion Filed December 12, 1911.

*Error from Garvin County Court; W. B. M. Mitchell, Judge.*

*Rennie, Hocker & Moore,* for plaintiff in error.

*J. B. Thompson,* for defendant in error.

Opinion by AMES, C. The petition in error was filed in this court on the 24th day of January, 1910, and no briefs have been filed on behalf of either the plaintiff in error or the defendant in error. The appeal is therefore dismissed for want of prosecution.

By the Court: It is so ordered.

All the Justices concur.